UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

ERIC AVILA ET AL
Plaintiffs

                       CIVIL ACTION
                       NO. 24cv13165-WGY

V.

DRAFTKINGS, INC. ET AL
Defendants

## SETTLEMENT ORDER OF DISMISSAL

YOUNG, D.J.

      The Court having been advised on June 24, 2025, that the above-entitled action has been settled.

      **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                                    By the Court,

June 24, 2025                                /s/Matthew A. Paine
Date                                                     Deputy Clerk