IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC AVILA, CHRIS ANTON, PETER KOVACHEV, JACKY HUE, and BRIAN HOSSLER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>DRAFTKINGS INC. and DK PLAYER RESERVE LLC,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:24-cv-13165-WGY |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed with prejudice against Defendants DraftKings Inc. and DK Player Reserve LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: August 5, 2025

By: */s/ Curtis Waldo*

Kenneth D. Quat (BBO #408640)
QUAT LAW OFFICES
373 Winch Street
Framingham, MA 01701
Telephone: 508.872.1261
Email: ken@quatlaw.com

Curtis Waldo (*pro hac vice*)
WALDO GUBERNICK LAW
ADVOCATES, LLP
717 Texas Avenue, Ste. 1200
Houston, TX 77002
Telephone: 346.394.8056
Email: Curtis@wglawllp.com

By: */s/ Andrew S. Dulberg*

Richard R. Patch (*pro hac vice*)
Clifford E. Yin (*pro hac vice*)
Christopher J. Wiener (*pro hac vice*)
Sarah E. Peterson (*pro hac vice*)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:　ef-rrp@cpdb.com
　　　　ef-cey@cpdb.com
　　　　ef-cjw@cpdb.com
　　　　ef-sep@cpdb.com

| | |
|---|---|
| *Attorneys for Plaintiffs Eric Avila, Chris Anton, Peter Kovachev, Jacky Yue, and Brian Hossler* | Andrew S. Dulberg (BBO #675405)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: 617.526.6000<br>Email:  Andrew.Dulberg@wilmerhale.com<br><br>*Attorneys for Defendants*<br>*DraftKings Inc. and DK Player Reserve LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of August 2025, a true and correct copy of the foregoing, filed through the ECF system, was sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Andrew S. Dulberg*
Andrew S. Dulberg